People v Trent (2025 NY Slip Op 06191)

People v Trent

2025 NY Slip Op 06191

Decided on November 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
BARRY E. WARHIT
LOURDES M. VENTURA, JJ.

[*1]The People of the State of New York, respondent,
v
Shawn Trent, appellant.

Thomas R. Villecco, New York, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Michael J. Balch and Antonella Karlin of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Nassau County (Teresa K. Corrigan, J., at plea; Terence P. Murphy, J., at sentence), rendered November 13, 2024, convicting him of assault in the second degree and assault in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the County Court improvidently exercised its discretion in imposing an enhanced sentence is unpreserved for appellate review (see CPL 470.05[2]; People v Perkins, 169 AD3d 936, 937) and, in any event, without merit. Since the defendant was rearrested and failed to appear on a scheduled sentencing date in violation of his plea agreement, the court was no longer bound by the original plea agreement and had the right to impose a greater sentence (see People v Downing, 233 AD3d 965, 966; People v Grant, 122 AD3d 767). Moreover, the court expressly warned the defendant that if he did not meet the conditions of his plea agreement, he would face the imposition of an enhanced sentence (see People v Owens, 99 AD3d 1024, 1025; People v Marte, 85 AD3d 945, 946).
CONNOLLY, J.P., BRATHWAITE NELSON, WARHIT and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court